UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERWIN T. SHELTON,

    Plaintiff,

v.

MAGEN OAKS, MICHAEL DESCO,
KAELIE LEWIS, JORDAN BLOCK,
DONNA ROHRS, JOHN
CHRISTIANSEN, CARLYNN
VANHALL, M. SOSINSKI, AMY M.
LUCHTMAN, CORIZON HEALTH,
INC., JOHN DOE #1, JOHN DOE #2,
JOHN DOE #3, JOHN DOE #4, JOHN
DOE #5, JANE DOE #1, JANE DOE #2,
JANE DOE # 3, JANE DOE #4, and
JANE DOE #5,

    Defendants.
_____/

Case No. 2:21-cv-11614
District Judge George Caram Steeh
Magistrate Judge Kimberly G. Altman

## ORDER FOLLOWING SEPTEMBER 18, 2024 STATUS CONFERENCE STAYING THE CASE UNTIL DECEMBER 10, 2024

I.    Introduction

This is a prisoner civil rights case under 42 U.S.C. § 1983. Plaintiff Sherwin T. Shelton (Shelton) is suing the above-captioned defendants, claiming that they were deliberately indifferent to his serious medical needs in violation of the Eight Amendment. *See* ECF No. 59. During the relevant period, Corizon Health, Inc. (Corizon) was contracted to provide medical services to the Michigan Department

of Corrections (MDOC). The MDOC defendants are Warden of the Central Michigan Correctional Facility (STF) John Christiansen, Acting Deputy Warden Michael Desco, M. Sosinski, R.N., Kaelie Lewis, R.N., Carlynn VanHall, R.N., Magen Oaks, R.N., and Amy Luchtman. (ECF No. 59, PageID.961-964). The Corizon defendant is Jordan Block, P.A. (*Id.*, PageID.962).[1] Under 28 U.S.C. § 636(b)(1), all pretrial matters were referred to the undersigned. (ECF No. 77).

## II. Background

On March 7, 2023, a 90-day stay of all proceedings was entered in light of Corizon's ongoing bankruptcy proceedings. (ECF No. 74). On June 8, 2023 September 11, 2023, December 12, 2023, March 12, 2024, May 14, 2024, and July 17, 2024, the undersigned held telephonic conferences with counsel, extending the stay for additional days on each occasion. (ECF Nos. 80, 84, 87, 90, 92, 96).

Today, September 18, 2024, the undersigned held another telephonic conference with counsel. As discussed during the conference, the MDOC's attempt to obtain discovery from YesCare has not proven fruitful. Further, as to the Corizon bankruptcy proceedings, a settlement and proposed plan is due to be published by September 30, 2024 with a 90 day voting period thereafter. In light of these events, the parties agreed to continue the stay and have another telephonic conference in early December.

---

[1] Donna Rohrs, PA has been dismissed by stipulation of the parties. (ECF No. 94).

III.   Conclusion

Consistent with the discussions at the September 18, 2024 telephonic conference, the undersigned finds that staying the case for approximately 90 days is appropriate under the circumstances.  **Accordingly, all proceedings against all parties will be <u>stayed until Tuesday, December 10, 2024, and a telephonic conference will be held on that date at 11 a.m.</u>**

Additionally, each party may, but is not required, to submit a <u>confidential position statement, not to exceed two pages</u> in advance of the December 10th conference.   The confidential position statements must be emailed to Chambers at efile_altman@mied.uscourts.gov by <u>close of business on Tuesday, December 3, 2024</u>, and are not to be filed with the Court or placed on the docket.

SO ORDERED.

Dated: September 18, 2024　　　　　　　　s/Kimberly G. Altman
Detroit, Michigan　　　　　　　　　　　　KIMBERLY G. ALTMAN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 18, 2024.

　　　　　　　　　　　　　　　　　　　　s/Julie Owens
　　　　　　　　　　　　　　　　　　　　Case Manager